1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

PATRICK JOSEPH SHARIT,                          No.  2:13-cv-1524-EFB P

12

Plaintiff,

13

v.                                              ORDER

14

STANISLAUS COUNTY HEALTH
SERVICE AGENCY,

15
16

Defendant.

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.   Plaintiff alleges a violation of his civil rights in Stanislaus County, California.

20    Stanislaus County is in the Fresno Division of the United States District Court for the Eastern

21    District of California, and this action should have been commenced there.  E.D. Cal. Local Rule

22    120(d).  Where a civil action has not been commenced in the proper division of a court, the court

23    may, on its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

24         Accordingly, it is hereby ordered that:

25         1.  This action is transferred to the Fresno Division.

26         2.  The Clerk of Court shall assign a new case number.

27    /////

28    /////

1

1       3.  All future filings shall bear the new case number and shall be filed at:

2

3                   United States District Court
                    Eastern District of California
                    2500 Tulare Street

4                   Fresno, CA 93721

5  DATED:  July 31, 2013.

6

7                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28