UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JOSEPH SHARIT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STANISLAUS COUNTY HEALTH SERVICE AGENCY,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01192-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT COURT JUDGE |

　　On July 26, 2013, Plaintiff Patrick Joseph Sharit ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The action was administratively designated as one involving a prisoner litigating the conditions of his confinement.  The court has reviewed the complaint and determined that the action does not involve Plaintiff's conditions confinement.  Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action and assign a district court judge to this action.

IT IS SO ORDERED.

　　Dated:　**July 31, 2013**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1